**Rene MCINTYRE, Plaintiff–Appellant,**

v.

**CITY AND COUNTY OF SAN FRANCISCO; et al., Defendants–Appellees.**

No. 01–17325.

D.C. No. CV–01–01244–CRB.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM**

Rene McIntyre appeals pro se the district court's order dismissing his action alleging breach of contract and discrimination in connection with a delayed Southwest Airlines flight. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim, *TwoRivers v. Lewis*, 174 F.3d 987, 991 (9th Cir.1999), and affirm.

The district court properly concluded that McIntyre failed to state a 42 U.S.C. § 1983 claim because the facts he alleged do not set forth a constitutional deprivation under any cognizable theory. *See*

*Duffy v. Riveland*, 98 F.3d 447, 456–57 (9th Cir.1996).

The district court properly concluded that McIntyre failed to state a claim pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12132, or the Rehabilitation Act, 29 U.S.C. § 794, because he failed to allege facts demonstrating that he suffered from a qualifying disability, or that defendants discriminated against him on that basis. *See id.* at 453–55.

The district court did not abuse its discretion by dismissing McIntyre's complaint with prejudice because further amendment would have been futile. *See Lopez v. Smith*, 203 F.3d 1122, 1130–31 (9th Cir. 2000) (en banc). The district court properly dismissed McIntyre's pendent state claims without prejudice. *See Acri v. Varian Assocs., Inc.*, 114 F.3d 999, 1001 (9th Cir.1997).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.